IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DANIEL KRUGER                                                                                          PLAINTIFF

V.                                        CASE NO. 4:16-CV-04123

FOCUS RECEIVABLES MANAGEMENT, LLC                                        DEFENDANT

## **ORDER**

    Before the Court is a joint Stipulation of Dismissal. ECF No. 17. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties "stipulate that all claims in this action are hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs." The parties further "request that the Court enter any further Order necessary to effectuate the dismissal of this action with prejudice in accordance with this stipulation." After considering the parties Stipulation of Dismissal, the Court finds that this matter should be and hereby is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 17th day of August, 2017.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge